EDWARD W. SWANSON, ESQ. (159859)
SWANSON, McNAMARA & HALLER LLP

1   300 Montgomery Street, Suite 1100
    San Francisco, California 94104

2   Telephone: (415) 477-3800
    Attorneys for MIKE ALI

3
    ANN C. MOORMAN, ESQ. (130144)
4   LAW OFFICES OF ANN C. MOORMAN
    308 South School Street
5   Ukiah, California 95482
    Telephone: (707) 462-1844
6   Facsimile: (707) 468-0522
    Attorneys for YASMIN ALI

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              )   Nos.: CR-04-0292 PJH and
                                           )   CR-04-0293 MHP
13                  Plaintiff,             )
                                           )
14          vs.                            )   STIPULATION AND [PROPOSED]
                                           )   ORDER PERMITTING TRAVEL
15  ASHRAF ALI, et al.,                    )
                                           )
16                  Defendant.             )
                                           )
17  _____)

18

19

20                              STIPULATION

21      IT IS HEREBY STIPULATED between the plaintiff, through its counsel Assistant United States

22  Attorney Timothy Lucey, and defendant Yasmin Ali, through her counsel Ann C. Moorman, and

23  defendant Ashraf Ali, through his counsel Edward Swanson, that Ashraf Ali and Yasmin Ali shall be

24  permitted to travel to India and Pakistan leaving December 17, 2007. Ashraf Ali shall return on or

25  before January 5, 2008 and Yasmin Ali shall return on or before January 12, 2008. Pretrial Services

26  Officer Paul Marmaril who supervises both defendants has no objection to this request. The defendants

27  shall provide a complete itinerary of their intended travel to Pretrial Services prior to leaving. The Clerk

28  of the Court is ordered to return immediately the passports of Yasmin Ali and Ashraf Ali to the

defendants or their counsel forthwith to allow for the timely processing of visas.

1

2
DATED: 11/21/07

3
TIMOTHY LUCEY
Assistant United States Attorney

4

5
DATED: 11/15/07

6
EDWARD SWANSON
Counsel for ASHRAF ALI

7

8
DATED: 11/15/07

9
ANN C. MOORMAN
Counsel for YASMIN ALI

10

11
## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Ahsraf Ali and Yamin Ali

12
shall be permitted to travel to Pakistan and India leaving December 17, 2007. Ashraf Ali shall return

13
on or before January 5, 2008 and Yasmin Ali shall return on or before January 12, 2008. The Alis shall

14
supply Pretrial Services with a complete itinerary prior to departure. The Clerk of the Court is ordered

15
to return immediately to the Alis or their counsel their passports to allow for timely visa processing.

16
The defendants are ordered to return their respective passports to the Clerk of the Court within three

17
days of returning home.

18

19
DATED: 11/21/07

20
MAGISTRATE JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

Stipulation and Order Permitting Travel                2

| 1 | **PROOF OF SERVICE** |

2    I, the undersigned, certify:

3    That I am a citizen of the United States, over the age of eighteen years, and not a party to the

4    within cause; I am employed in the City and County of San Francisco, State of California; my business

5    address is 300 Montgomery Street, Suite 1100, San Francisco, CA 94104.

6    On this date I caused to be served on the interested parties hereto, a copy of:

7    **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL**
8

9
10   (X)   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as set forth below;

11   ( )   By personally delivering a true copy thereof to the person and/or office of the person at the address set forth below.
12
13   ( )   By delivering a true copy thereof to "Federal Express" to be delivered to the person at the address set forth below.

14   ( )   By serving a true copy by facsimile to the person and/or office of the person at the address set forth below;
15
     Paul Marmaril
16   United States Pretrial Officer
     United States Pretrial Services Agency
17   1301 Clay Street, Suite 100C
     Oakland, CA 94612
18

19   I certify under penalty of perjury under the laws of the United States that the foregoing is true,
20
     and that this Certificate has been executed on November 20, 2007, at San Francisco, California.
21

22

23                                                    Anne Griffith

24

25

26

27

28