UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04 - 0293 MHP |
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] ORDER FORFEITING BOND AND DISMISSING COUNTS |
| YASMIN ALI, | ) | |
| Defendant. | ) | |

Defendant Yasmin Ali, by and through Ann C. Moorman, Esq., and the United States of America by and through Timothy Lucey, Assistant United States Attorney hereby stipulate and agree as follows:

1. To comply with the terms of the interlocking plea agreements in United States v. Yasmin Ali (CR 04-0292 PJH) and United States v. Ashraf Ali (CR 04-0293), all counts in the Superseding indictment in the above referenced matter in which Yasmin Ali is a named defendant should be dismissed at this time;

2. The cash security in the amount of $12,500 presently deposited with the Clerk of the Court securing the pre-trial release bond of Yasmin Ali shall be immediately forfeited.

Stipulation and [Proposed] Order
*UNITED STATES v. ALI, et al.*
[CR 04 - 0293 MHP]

1   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the Court shall deem
2   funds in the amount of $12,500 held by the Clerk of the Court, as beneficiary of the funds securing
3   said bond issued in this matter, immediately forfeit.
4   **IT IS FURTHER HEREBY STIPULATED AND AGREED** that the Court shall dismiss
5   any and all remaining counts of the indictment that remain pending against defendant Yasmin Ali in
6   the above entitled matter .
7   **IT IS SO STIPULATED.**

9   DATED: November 23, 2010                          MELINDA HAAG
                                                      United States Attorney

11                                                         /S/
                                                      TIMOTHY J. LUCEY
12                                                    Assistant United States Attorney

14   DATED: November 23, 2010                             /S/
                                                      ANN C. MOORMAN
15                                                    Attorney for Defendant Yasmin Ali

17   **IT IS SO ORDERED.**

19   **DATED:** 11/24/2010

        *IT IS SO ORDERED*
        [signature]
        Judge Marilyn H. Patel

Stipulation and [Proposed] Order
*UNITED STATES v. ALI, et al.*
[CR 04 - 0293 MHP]                      - 2 -